## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Pennsylvania Lumbermens, | Court File No. 06-CIV-4501 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Lincoln Wood Products, Inc. | |
| Defendant. | |

_____

## **ORDER**

Based upon the foregoing Stipulation of Dismissal, it is hereby ordered that the above-captioned case shall be and hereby is dismissed without prejudice and without costs, disbursements or attorney's fees to either party.

Dated this   13th   day of   July  , 2007.

                                                          s/Paul A. Magnuson
                                                  The Honorable Paul A. Magnuson